IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5:20-BK-01025-RNO |
| | : | |
| CINDY S. NESBETH, | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | |
| | : | |
| CINDY S. NESBETH, | : | |
| MOVANT | : | RELATED TO DOCKET NO. 5 |
| | : | |
| vs. | : | HEARING DATE & TIME: |
| | : | April 9, 2020, 9:30 AM |
| AES, | : | |
| APEX, | : | |
| CAINE WEINER, | : | |
| CAPITAL ONE BANK, | : | |
| CREDIT ONE BANK, | : | |
| EDSOUTH, | : | |
| FIRST PREMIER BANK, | : | |
| GM FINANCIAL, | : | |
| MACYS, | : | |
| NE PA COMMUNITY FCU, | : | |
| PARAMOUNT CAPITAL GROUP, | : | |
| PNC BANK, | : | |
| SANTANDER CONSUMER, | : | |
| STERLING CREDIT, | : | |
| SYNCB, | : | |
| VERIZON, | : | |
| | : | |
| RESPONDENTS | : | FILED PURSUANT TO |
| | : | 11 U.S.C. § 362 (C) (3) |
| And | : | |
| | : | |
| CHARLES J. DEHART, III, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
| | : | |
| ADDITIONAL | : | |
| RESPONDENT | : | |

**AFFIDAVIT**

I, Cindy S. Nesbeth, being first duly sworn according to law, do depose and state the following:

I have previously filed a Chapter 13 Voluntary Petition with the United States Bankruptcy Court for the Middle District of Pennsylvania at Case No 18-bk-01447. Said case was dismissed on November 20, 2019.

Since the dismissal of my Chapter 13 Bankruptcy case, I have had an increase in working hours and therefore income generated and I am now in a position to fully fund my Chapter 13 plan and make the monthly Trustee and mortgage payments and attend all required meeting of creditors.

Dated: April 2, 2020 /s/Cindy S. Nesbeth
CINDY S. NESBETH