UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                               Bankr. Case No. 20-01025-RNO-13

Cindy S. Nesbeth                                          Chapter 13
    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                      Americredit Financial Services, Inc. dba GM Financial
                      PO Box 183853
                      Arlington, TX 76096

                      By /s/ Mandy Youngblood

                      Mandy Youngblood
                      PO Box 183853
                      Arlington, TX 76096
                      877-203-5538
                      877-259-6417
                      Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 20-01025-RNO-13

Cindy S. Nesbeth  Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on March 27, 2020 :

Paul W McElrath, Jr.
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210

Charles J. DeHart III
8125 Adams Drive
Suite A
Hummelstown, PA 17036

By _/s/ Mandy Youngblood_____
    Mandy Youngblood

xxxxx48701 / 1017875