```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                    Case No. 20-01025-RNO
Cindy S. Nesbeth                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1            Date Rcvd: Apr 08, 2020
                         Form ID: pdf010     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2020.
db         +Cindy S. Nesbeth,   302 Addison Road,   Stroudsburg, PA 18360-7907
cr          Americredit Financial Services, Inc. Dba GM Finan,   Dba GM Financial,
             P.O Box 183853, TX  76096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Paul W McElrath, Jr.    on behalf of Debtor 1 Cindy S. Nesbeth ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5:20-bk-01025-RNO |
| | : | |
| | : | CHAPTER 13 |
| **CINDY S. NESBETH,** | : | |
|     **DEBTOR** | : | |
| | : | RELATED TO |
| **CINDY S. NESBETH,** | : | DOCKET NO. 5 |
|     **MOVANT** | : | |
| | : | |
| vs. | : | |
| | : | |
| **AES,** | : | |
| **APEX,** | : | |
| **CAINE WEINER,** | : | |
| **CAPITAL ONE BANK,** | : | |
| **CREDIT ONE BANK,** | : | |
| **EDSOUTH,** | : | |
| **FIRST PREMIER BANK,** | : | |
| **GM FINANCIAL,** | : | |
| **MACYS,** | : | |
| **NE PA COMMUNITY FCU,** | : | |
| **PARAMOUNT CAPITAL GROUP,** | : | |
| **PNC BANK,** | : | |
| **SANTANDER CONSUMER,** | : | |
| **STERLING CREDIT,** | : | |
| **SYNCB,** | : | |
| **VERIZON,** | : | |
|     **RESPONDENTS** | : | FILED PURSUANT TO |
| | : | 11 U.S.C. § 362 (C) (3) |
| and | : | |
| | : | |
| **CHARLES J. DEHART, III, ESQ.** | : | |
| **CHAPTER 13 TRUSTEE,** | : | |
| | : | |
|     **ADDITIONAL** | : | |
|     **RESPONDENT** | : | |

## **ORDER**

Upon consideration of the Motion to Extend the Automatic Stay, it is hereby

ORDERED, AJUDGED and DECREED that that Automatic Stay of 11 U.S.C. § 362 (a) is

hereby extended to all named respondents for the duration of the Chapter 13 proceeding or until such time as the stay is terminated under 11 U.S.C. § 362 (c)(1) or (c ) (2), or a motion for relief is granted under § 362 (d), or until further order of Court.

Dated: April 8, 2020

By the Court,

*Robt N. Opel II*

Robert N. Opel, II, Bankruptcy Judge (PAR)