```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                           Case No. 20-01025-RNO
Cindy S. Nesbeth                                                 Chapter 13
         Debtor                   CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke            Page 1 of 2            Date Rcvd: Apr 08, 2020
                              Form ID: pdf010            Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2020.

| ID | Name/Address |
|---|---|
| db | +Cindy S. Nesbeth, 302 Addison Road, Stroudsburg, PA 18360-7907 |
| cr | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, TX 76096 |
| 5313681 | +AES, POB 61047, Harrisburg, PA 17106-1047 |
| 5313682 | +Aes/esa, Pob 61047, Harrisburg, PA 17106-1047 |
| 5313683 | +Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 5313684 | ++CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 (address filed with court: Caine Weiner, Po Box 55848, Sherman Oaks, CA 91413) |
| 5319848 | +ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 5313687 | +Edsouth W/jp Morgan, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5313688 | +First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5313690 | +KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5313692 | +Macys/dsnb, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 5315711 | +NEPA FEDERAL CREDIT UNION, 337 CLAY AVE., STROUDSBURG, PA 18360-1288 |
| 5313695 | +PNC Mortgage, PO Box 8703, Dayton, OH 45401-8703 |
| 5313694 | +Paramont Capital Group, Po Box 409, Conshohocken, PA 19428-0409 |
| 5313696 | +Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 5313697 | Sterling Crd, 716 Bethlehem Pike, Ambler, PA 19002 |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| ID | Details |
|---|---|
| 5319120 | E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 08 2020 19:31:50 Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5315896 | E-mail/PDF: resurgentbknotifications@resurgent.com Apr 08 2020 19:38:59 Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5313685 | +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 08 2020 19:37:59 Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 5313686 | +E-mail/PDF: creditonebknotifications@resurgent.com Apr 08 2020 19:39:47 Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5313689 | +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 08 2020 19:31:50 Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 5313691 | +E-mail/Text: rmartin@lmmcollections.com Apr 08 2020 19:32:02 Lockhart,morris & Mont, 1401 N Central Expy Ste, Richardson, TX 75080-4456 |
| 5313693 | +E-mail/Text: jbenner@nepafcu.org Apr 08 2020 19:31:50 Ne Pa Community Fcu, 337 Clay Ave, Stroudsburg, PA 18360-1288 |
| 5313698 | +E-mail/PDF: gecsedi@recoverycorp.com Apr 08 2020 19:37:54 Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 5313699 | +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 08 2020 19:30:49 Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 9

***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0314-5　　　User: AutoDocke　　　Page 2 of 2　　　Date Rcvd: Apr 08, 2020
　　　　　　　　　　　　　Form ID: pdf010　　　Total Noticed: 25

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2020 at the address(es) listed below:

        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        James Warmbrodt   on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
        Paul W McElrath, Jr.   on behalf of Debtor 1 Cindy S. Nesbeth ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                        TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5:20-bk-01025-RNO |
| | : | |
| | : | CHAPTER 13 |
| CINDY S. NESBETH, | : | |
|       DEBTOR | : | |
| | : | RELATED TO |
| CINDY S. NESBETH, | : | DOCKET NO. 5 |
|       MOVANT | : | |
| | : | |
|     vs. | : | |
| | : | |
| AES, | : | |
| APEX, | : | |
| CAINE WEINER, | : | |
| CAPITAL ONE BANK, | : | |
| CREDIT ONE BANK, | : | |
| EDSOUTH, | : | |
| FIRST PREMIER BANK, | : | |
| GM FINANCIAL, | : | |
| MACYS, | : | |
| NE PA COMMUNITY FCU, | : | |
| PARAMOUNT CAPITAL GROUP, | : | |
| PNC BANK, | : | |
| SANTANDER CONSUMER, | : | |
| STERLING CREDIT, | : | |
| SYNCB, | : | |
| VERIZON, | : | |
|       RESPONDENTS | : | FILED PURSUANT TO |
| | : | 11 U.S.C. § 362 (C) (3) |
|   and | : | |
| | : | |
| CHARLES J. DEHART, III, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
| | : | |
|       ADDITIONAL | : | |
|       RESPONDENT | : | |

## ORDER

Upon consideration of the Motion to Extend the Automatic Stay, it is hereby

ORDERED, AJUDGED and DECREED that that Automatic Stay of 11 U.S.C. § 362 (a) is

hereby extended to all named respondents for the duration of the Chapter 13 proceeding or until such time as the stay is terminated under 11 U.S.C. § 362 (c)(1) or (c ) (2), or a motion for relief is granted under § 362 (d), or until further order of Court.

Dated: April 8, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge (PAR)