```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                            Case No. 20-01025-RNO
Cindy S. Nesbeth                                                  Chapter 13
         Debtor               CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke         Page 1 of 2        Date Rcvd: May 01, 2020
                              Form ID: ntnew341       Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2020.
```
db           +Cindy S. Nesbeth,    302 Addison Road,    Stroudsburg, PA 18360-7907
cr            Americredit Financial Services, Inc. Dba GM Finan,    Dba GM Financial,
               P.O Box 183853, TX  76096
5313681      +AES,   POB 61047,    Harrisburg, PA 17106-1047
5313682      +Aes/esa,   Pob 61047,    Harrisburg, PA 17106-1047
5313683      +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
5313684     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
              (address filed with court: Caine Weiner,    Po Box 55848,   Sherman Oaks, CA 91413)
5319848      +ECMC,   PO BOX 16408,    St Paul, MN 55116-0408
5313687      +Edsouth W/jp Morgan,    120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
5313688      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
5313690      +KML,   701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5313692      +Macys/dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
5315711      +NEPA FEDERAL CREDIT UNION,    337 CLAY AVE.,    STROUDSBURG, PA 18360-1288
5313695      +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
5313694      +Paramont Capital Group,    Po Box 409,    Conshohocken, PA 19428-0409
5313696      +Santander Consumer Usa,    Po Box 961211,    Fort Worth, TX 76161-0211
5313697       Sterling Crd,    716 Bethlehem Pike,    Ambler, PA 19002
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5319120        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 01 2020 19:35:50
                Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
                Arlington, TX 76096
5315896        E-mail/PDF: resurgentbknotifications@resurgent.com May 01 2020 19:37:03
                Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
5313685       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 01 2020 19:37:19
                Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
5313686       +E-mail/PDF: creditonebknotifications@resurgent.com May 01 2020 19:37:02     Credit One Bank Na,
                Po Box 98872,    Las Vegas, NV 89193-8872
5313689       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 01 2020 19:35:50     Gm Financial,
                Po Box 181145,    Arlington, TX 76096-1145
5313691       +E-mail/Text: rmartin@lmmcollections.com May 01 2020 19:36:08     Lockhart,morris & Mont,
                1401 N Central Expy Ste,    Richardson, TX 75080-4456
5313693       +E-mail/Text: jbenner@nepafcu.org May 01 2020 19:35:50     Ne Pa Community Fcu,    337 Clay Ave,
                Stroudsburg, PA 18360-1288
5325248       +E-mail/Text: JCAP_BNC_Notices@jcap.com May 01 2020 19:36:05     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5313698       +E-mail/PDF: gecsedi@recoverycorp.com May 01 2020 19:37:17     Syncb/jcp,    Po Box 965007,
                Orlando, FL 32896-5007
5313699       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 01 2020 19:35:36
                Verizon,   500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5319948*     +ECMC,   PO BOX 16408,    St Paul, MN 55116-0408
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2020                                        Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
          Paul W McElrath, Jr.    on behalf of Debtor 1 Cindy S. Nesbeth ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                      TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cindy S. Nesbeth,
aka Cindy S Holifield,

**Debtor 1**

Chapter 13

Case No. 5:20–bk–01025–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: May 18, 2020 |
| --- | --- |
| | Time: 11:00 AM |

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes–Barre, PA 18701
(570) 831–2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: LyndseyPrice, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: May 1, 2020

ntnew341 (04/18)