## United States Bankruptcy Court
### Middle District of Pennsylvania

In re: Cindy S. Nesbeth
Debtor(s)

Case No. 5:20-bk-01025
Chapter 13

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Cindy S. Nesbeth**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date: May 5, 2020

Signature: /s/ Cindy S. Nesbeth
Cindy S. Nesbeth
Debtor

Pay Date: 03/27/2020 - Direct Deposit

Averitt Express Inc  
1415 Neal St.  
Cookeville, TN 38501

CINDY S NESBETH  
6720 EXETER AVENUE  
BIRMINGHAM, AL 35212

| User ID | ***-**-2636 | Pay Advice # | 008962983 |
|---|---|---|---|
| Employee ID | 64777 | Period Begin Date | 03/15/2020 |
| Department | DMB | Period End Date | 03/21/2020 |
| Base Pay Rate | $20.0000 | Pay Frequency | Weekly |

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Single | 5 | | Loc 1: DED |
| Primary State | AL | Single | 4 | | Loc 2: 003 |
| Secondary State | | | 0 | | Loc 3: DMB |
| Local | | | 0 | | Loc 4: DRIHR |

| Earnings | Rate | Hours | Hours YTD | This Period | YTD |
|---|---|---|---|---|---|
| REG FT CITY | 20.0000 | 20.40 | 455.54 | 408.00 | 9,110.80 |
| HOLIDAY PAY | | | 27.00 | 0.00 | 540.00 |
| PAID TIME OFF | | | 18.00 | 0.00 | 360.00 |
| MISCELLANEOUS PAY | | | | 0.00 | 41.00 |
| REIMBURSEMENTS | | | | 0.00 | 87.00 |
| TOTAL HOURS/EARNINGS: | | 20.40 | | $408.00 | $10,138.80 |

| Pre-Tax | This Period | YTD |
|---|---|---|
| Medical PPO Associate Incentive 1 | 38.00 | 494.00 |
| 125K STD SGL DENTL | 3.20 | 41.60 |
| 125K STD SGL VISN | 2.10 | 27.30 |
| 401K WELLS FARGO | 24.48 | 603.09 |
| Total Pre-Tax : | $67.78 | $1,165.99 |

| Taxes | This Period | YTD |
|---|---|---|
| SOCIAL SECURITY | 22.61 | 588.31 |
| SOC SEC - MEDICARE | 5.29 | 137.59 |
| FEDERAL INCOME TAX | 0.00 | 309.51 |
| AL STATE TAX | 8.55 | 343.80 |
| Total Taxes : | $36.45 | $1,379.21 |

| After-Tax | This Period | YTD |
|---|---|---|
| AE CHARITY ASSOC | 1.00 | 13.00 |
| LIFEW | 21.68 | 281.84 |
| Total After-Tax : | $22.68 | $294.84 |

| Net Pay | This Period | YTD |
|---|---|---|
| Total Net Pay : | $281.09 | $7,298.76 |

| PROFIT SHARING CONTRIBUTION | This Period | YTD |
|---|---|---|
| December | 147.89 | 1,507.24 |

VACATION BALANCE SUMMARY

| Leave Type | Starting Balance | Hours Taken YTD | Available Hours | Service Date |
|---|---|---|---|---|
| *Vacation | 45.00 | 18.00 | 27.00 | 12/10/2018 |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $408.00 | $10,138.80 |
| Pre-Tax Deductions | $67.78 | $1,165.99 |
| Federal Taxable Wages | $340.22 | $8,885.81 |
| Social Security Taxable Wages | $364.70 | $9,488.90 |
| Medicare (HI) Taxable Wages | $364.70 | $9,488.90 |
| State Taxable Wages | $340.22 | $8,885.81 |
| Total Taxes | $36.45 | $1,379.21 |
| After-Tax Deductions | $22.68 | $294.84 |
| Net Pay | $281.09 | $7,298.76 |

Pay Distribution List

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Direct deposit 1 | Checking or Money Market | $281.09 | <...6871> | Bank of America, National Association |



Averitt Express Inc  
1415 Neal St.  
Cookeville, TN 38501

CINDY S NESBETH  
6720 EXETER AVENUE  
BIRMINGHAM, AL 35212

| | | | |
|---|---|---|---|
| User ID | ***-**-2636 | Pay Advice # | 008954313 |
| Employee ID | 64777 | Period Begin Date | 03/08/2020 |
| Department | DMB | Period End Date | 03/14/2020 |
| Base Pay Rate | $20.0000 | Pay Frequency | Weekly |

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Single | 5 | | Loc 1: DED |
| Primary State | AL | Single | 4 | | Loc 2: 003 |
| Secondary State | | | 0 | | Loc 3: DMB |
| Local | | | 0 | | Loc 4: DRIHR |

| Earnings | Rate | Hours | Hours YTD | This Period | YTD |
|---|---|---|---|---|---|
| REG FT CITY | 20.0000 | 38.13 | 435.14 | 762.60 | 8,702.80 |
| HOLIDAY PAY | | | 27.00 | 0.00 | 540.00 |
| PAID TIME OFF | 20.0000 | 9.00 | 18.00 | 180.00 | 360.00 |
| MISCELLANEOUS PAY | | | | 0.00 | 41.00 |
| REIMBURSEMENTS | | | | 0.00 | 87.00 |
| TOTAL HOURS/EARNINGS: | | 47.13 | | $942.60 | $9,730.80 |
| Pro-Tax | | | | This Period | YTD |
| Medical PPO Associate Incentive 1 | | | | 38.00 | 456.00 |
| 125K STD SGL DENTL | | | | 3.20 | 38.40 |
| 125K STD SGL VISN | | | | 2.10 | 25.20 |
| 401K WELLS FARGO | | | | 56.56 | 578.61 |
| Total Pre-Tax : | | | | $99.86 | $1,098.21 |
| Taxes | | | | This Period | YTD |
| SOCIAL SECURITY | | | | 55.76 | 565.70 |
| SOC SEC - MEDICARE | | | | 13.04 | 132.30 |
| FEDERAL INCOME TAX | | | | 38.95 | 309.51 |
| AL STATE TAX | | | | 34.13 | 335.25 |
| Total Taxes : | | | | $141.88 | $1,342.76 |
| After-Tax | | | | This Period | YTD |
| AE CHARITY ASSOC | | | | 1.00 | 12.00 |
| LIFEW | | | | $21.68 | $260.16 |
| Total After-Tax : | | | | $22.68 | $272.16 |
| Net Pay | | | | This Period | YTD |
| Total Net Pay : | | | | $678.18 | $7,017.67 |

| PROFIT SHARING CONTRIBUTION | | | | This Period | YTD |
|---|---|---|---|---|---|
| December | | | | 147.89 | 1,507.24 |

### VACATION BALANCE SUMMARY

| Leave Type | Starting Balance | Hours Taken YTD | Available Hours | Service Date |
|---|---|---|---|---|
| *Vacation | 45.00 | 18.00 | 27.00 | 12/10/2018 |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $942.60 | $9,730.80 |
| Pre-Tax Deductions | $99.86 | $1,098.21 |
| Federal Taxable Wages | $842.74 | $8,545.59 |
| Social Security Taxable Wages | $899.30 | $9,124.20 |
| Medicare (HI) Taxable Wages | $899.30 | $9,124.20 |
| State Taxable Wages | $842.74 | $8,545.59 |
| Total Taxes | $141.88 | $1,342.76 |
| After-Tax Deductions | $22.68 | $272.16 |
| Net Pay | $678.18 | $7,017.67 |

### Pay Distribution List

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Direct deposit 1 | Checking or Money Market | $678.18 | <...6871> | Bank of America, National Association |



**Pay Date: 03/13/2020 - Direct Deposit**

Averitt Express Inc  
1415 Neal St.  
Cookeville, TN 38501

CINDY S NESBETH  
6720 EXETER AVENUE  
BIRMINGHAM, AL 35212

| | | | |
|---|---|---|---|
| User ID | ***-**-2636 | Pay Advice # | 008947512 |
| Employee ID | 64777 | Period Begin Date | 03/01/2020 |
| Department | DMB | Period End Date | 03/07/2020 |
| Base Pay Rate | $20.0000 | Pay Frequency | Weekly |

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Single | 5 | | Loc 1: DED |
| Primary State | AL | Single | 4 | | Loc 2: 003 |
| Secondary State | | | 0 | | Loc 3: DMB |
| Local | | | 0 | | Loc 4: DRIHR |

| Earnings | | Rate | Hours | Hours YTD | This Period | YTD |
|---|---|---|---|---|---|---|
| REG FT CITY | | 20.0000 | 54.77 | 397.01 | 1,095.40 | 7,940.20 |
| HOLIDAY PAY | | | | 27.00 | 0.00 | 540.00 |
| PAID TIME OFF | | | | 9.00 | 0.00 | 180.00 |
| MISCELLANEOUS PAY | | | | | 0.00 | 41.00 |
| REIMBURSEMENTS | | | | | 0.00 | 87.00 |
| TOTAL HOURS/EARNINGS: | | | 54.77 | | $1,095.40 | $8,788.20 |

| Pre-Tax | This Period | YTD |
|---|---|---|
| Medical PPO Associate Incentive 1 | 38.00 | 418.00 |
| 125K STD SGL DENTL | 3.20 | 35.20 |
| 125K STD SGL VISN | 2.10 | 23.10 |
| 401K WELLS FARGO | 65.72 | 522.05 |
| Total Pre-Tax : | $109.02 | $998.35 |

| Taxes | This Period | YTD |
|---|---|---|
| SOCIAL SECURITY | 65.23 | 509.94 |
| SOC SEC - MEDICARE | 15.25 | 119.26 |
| FEDERAL INCOME TAX | 56.18 | 270.56 |
| AL STATE TAX | 40.45 | 301.12 |
| Total Taxes : | $177.11 | $1,200.88 |

| After-Tax | This Period | YTD |
|---|---|---|
| AE CHARITY ASSOC | 1.00 | 11.00 |
| LIFEW | $21.68 | $238.48 |
| Total After-Tax : | $22.68 | $249.48 |

| Net Pay | This Period | YTD |
|---|---|---|
| Total Net Pay : | $786.59 | $6,339.49 |

| PROFIT SHARING CONTRIBUTION | This Period | YTD |
|---|---|---|
| December | 147.89 | 1,507.24 |

**VACATION BALANCE SUMMARY**

| Leave Type | Starting Balance | Hours Taken YTD | Available Hours | Service Date |
|---|---|---|---|---|
| *Vacation | 45.00 | 9.00 | 36.00 | 12/10/2018 |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $1,095.40 | $8,788.20 |
| Pre-Tax Deductions | $109.02 | $998.35 |
| Federal Taxable Wages | $986.38 | $7,702.85 |
| Social Security Taxable Wages | $1,052.10 | $8,224.90 |
| Medicare (HI) Taxable Wages | $1,052.10 | $8,224.90 |
| State Taxable Wages | $986.38 | $7,702.85 |
| Total Taxes | $177.11 | $1,200.88 |
| After-Tax Deductions | $22.68 | $249.48 |
| Net Pay | $786.59 | $6,339.49 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Direct deposit 1 | Checking or Money Market | $786.59 | <...6871> | Bank of America, National Association |



**Pay Date: 03/06/2020 - Direct Deposit**

Averitt Express Inc
1415 Neal St.
Cookeville, TN 38501

CINDY S NESBETH
6720 EXETER AVENUE
BIRMINGHAM, AL 35212

| | | | |
|---|---|---|---|
| User ID | ***-**-2636 | Pay Advice # | 008937674 |
| Employee ID | 64777 | Period Begin Date | 02/23/2020 |
| Department | DMB | Period End Date | 02/29/2020 |
| Base Pay Rate | $20.0000 | Pay Frequency | Weekly |

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Single | 5 | | Loc 1: DED |
| Primary State | AL | Single | 4 | | Loc 2: 003 |
| Secondary State | | | 0 | | Loc 3: DMB |
| Local | | | 0 | | Loc 4: DRIHR |

| Earnings | Rate | Hours | Hours YTD | This Period | YTD |
|---|---|---|---|---|---|
| REG FT CITY | 20.0000 | 46.16 | 342.24 | 923.20 | 6,844.80 |
| HOLIDAY PAY | | | 27.00 | 0.00 | 540.00 |
| PAID TIME OFF | | | 9.00 | 0.00 | 180.00 |
| MISCELLANEOUS PAY | | | | 0.00 | 41.00 |
| REIMBURSEMENTS | | | | 0.00 | 87.00 |
| TOTAL HOURS/EARNINGS: | | 46.16 | | $923.20 | $7,692.80 |

| Pre-Tax | | This Period | YTD |
|---|---|---|---|
| Medical PPO Associate Incentive 1 | | 38.00 | 380.00 |
| 125K STD SGL DENTL | | 3.20 | 32.00 |
| 125K STD SGL VISN | | 2.10 | 21.00 |
| 401K WELLS FARGO | | 55.39 | 456.33 |
| Total Pre-Tax : | | $98.69 | $889.33 |

| Taxes | | This Period | YTD |
|---|---|---|---|
| SOCIAL SECURITY | | 54.55 | 444.71 |
| SOC SEC – MEDICARE | | 12.76 | 104.01 |
| FEDERAL INCOME TAX | | 36.76 | 214.38 |
| AL STATE TAX | | 33.33 | 260.67 |
| Total Taxes : | | $137.40 | $1,023.77 |

| After-Tax | | This Period | YTD |
|---|---|---|---|
| AE CHARITY ASSOC | | 1.00 | 10.00 |
| LIFEW | | 21.68 | 216.80 |
| Total After-Tax : | | $22.68 | $226.80 |

| Net Pay | This Period | YTD |
|---|---|---|
| Total Net Pay : | $664.43 | $5,552.90 |

| PROFIT SHARING CONTRIBUTION | | This Period | YTD |
|---|---|---|---|
| December | | 147.89 | 1,507.24 |

**VACATION BALANCE SUMMARY**

| Leave Type | Starting Balance | Hours Taken YTD | Available Hours | Service Date |
|---|---|---|---|---|
| *Vacation | 45.00 | 9.00 | 36.00 | 12/10/2018 |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $923.20 | $7,692.80 |
| Pre-Tax Deductions | $98.69 | $889.33 |
| Federal Taxable Wages | $824.51 | $6,716.47 |
| Social Security Taxable Wages | $879.90 | $7,172.80 |
| Medicare (HI) Taxable Wages | $879.90 | $7,172.80 |
| State Taxable Wages | $824.51 | $6,716.47 |
| Total Taxes | $137.40 | $1,023.77 |
| After-Tax Deductions | $22.68 | $226.80 |
| Net Pay | $664.43 | $5,552.90 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Direct deposit 1 | Checking or Money Market | $664.43 | <...6871> | Bank of America, National Association |

Brooks, Gibbons & Company  
313 State Street  
Perth Amboy, NJ 08861



Cindy Nesbeth  
302 Addison Road  
Stroudsburg, PA 18360

| Employee Pay Stub | Check number: | | | Pay Period: 03/01/2020 - 03/15/2020 | Pay Date: 03/15/2020 | |
|---|---|---|---|---|---|---|
| **Employee** | | | | **SSN** | | |
| Cindy Nesbeth, 302 Addison Road, Stroudsburg, PA 18360 | | | | ***-**-2636 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Hourly | 80:00 | 45.00 | 3,600.00 | 18,000.00 | Sick | 0:00 | | 0:00 |
| **Taxes** | | | **Current** | **YTD Amount** | Vacation | 4:00 | | 20:00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | 0.00 | 0.00 | | | | |
| Social Security Employee | | | -223.20 | -1,116.00 | | | | |
| Medicare Employee | | | -52.20 | -261.00 | | | | |
| PA - Withholding | | | -110.52 | -552.60 | | | | |
| PA - Unemployment | | | -2.16 | -10.80 | | | | |
| | | | -388.08 | -1,940.40 | | | | |
| **Net Pay** | | | **3,211.92** | **16,059.60** | | | | |

Brooks, Gibbons & Company, 313 State Street, Perth Amboy, NJ 08861

Powered by Intuit Payroll

Brooks, Gibbons & Company
313 State Street
Perth Amboy, NJ 08861



Cindy Nesbeth
302 Addison Road
Stroudsburg, PA 18360

| Employee Pay Stub | Check number: | Pay Period: 02/16/2020 - 02/29/2020 | Pay Date: 02/29/2020 |
|---|---|---|---|
| Employee | | SSN | |
| Cindy Nesbeth, 302 Addison Road, Stroudsburg, PA 18360 | | ***-**-2636 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Hourly | 80:00 | 45.00 | 3,600.00 | 14,400.00 | Sick | 0:00 | | 0:00 |
| | | | | | Vacation | 4:00 | | 16:00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -223.20 | -892.80 |
| Medicare Employee | -52.20 | -208.80 |
| PA - Withholding | -110.52 | -442.08 |
| PA - Unemployment | -2.16 | -8.64 |
| | -388.08 | -1,552.32 |

| Net Pay | | 3,211.92 | 12,847.68 |
|---|---|---|---|

Brooks, Gibbons & Company, 313 State Street, Perth Amboy, NJ 08861          Powered by Intuit Payroll

Brooks, Gibbons & Company
313 State Street
Perth Amboy, NJ 08861



Cindy Nesbeth
302 Addison Road
Stroudsburg, PA 18360

| Employee Pay Stub | | Check number: | | | | Pay Period: 02/01/2020 - 02/15/2020 | | Pay Date: 02/15/2020 | |
|---|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | | | |
| Cindy Nesbeth, 302 Addison Road, Stroudsburg, PA 18360 | | | | | | ***-**-2636 | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Hourly | 80:00 | 45.00 | 3,600.00 | 10,800.00 | Sick | 0:00 | | 0:00 |
| **Taxes** | | | **Current** | **YTD Amount** | Vacation | 4:00 | | 12:00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | 0.00 | 0.00 | | | | |
| Social Security Employee | | | -223.20 | -669.60 | | | | |
| Medicare Employee | | | -52.20 | -156.60 | | | | |
| PA - Withholding | | | -110.52 | -331.56 | | | | |
| PA - Unemployment | | | -2.16 | -6.48 | | | | |
| | | | -388.08 | -1,164.24 | | | | |
| **Net Pay** | | | 3,211.92 | 9,635.76 | | | | |

Brooks, Gibbons & Company, 313 State Street, Perth Amboy, NJ 08861

Powered by Intuit Payroll

Brooks, Gibbons & Company
313 State Street
Perth Amboy, NJ 08861



Cindy Nesbeth
302 Addison Road
Stroudsburg, PA 18360

| Employee Pay Stub | | Check number: | | | Pay Period: 01/16/2020 - 01/31/2020 | | Pay Date: 01/31/2020 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | | |
| Cindy Nesbeth, 302 Addison Road, Stroudsburg, PA 18360 | | | | | ***-**-2636 | | | |
| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Paid Time Off** | Earned | YTD Used | Available |
| Hourly | 80:00 | 45.00 | 3,600.00 | 7,200.00 | Sick | 0:00 | | 0:00 |
| **Taxes** | | | Current | YTD Amount | Vacation | 4:00 | | 8:00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | 0.00 | 0.00 | | | | |
| Social Security Employee | | | -223.20 | -446.40 | | | | |
| Medicare Employee | | | -52.20 | -104.40 | | | | |
| PA - Withholding | | | -110.52 | -221.04 | | | | |
| PA - Unemployment | | | -2.16 | -4.32 | | | | |
| | | | -388.08 | -776.16 | | | | |
| **Net Pay** | | | 3,211.92 | 6,423.84 | | | | |

Brooks, Gibbons & Company, 313 State Street, Perth Amboy, NJ 08861

Powered by Intuit Payroll

Brooks, Gibbons & Company  
313 State Street  
Perth Amboy, NJ 08861



Cindy Nesbeth  
302 Addison Road  
Stroudsburg, PA 18360

| Employee Pay Stub | Check number: | | | | Pay Period: 01/01/2020 - 01/15/2020 | | Pay Date: 01/15/2020 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | | |
| Cindy Nesbeth, 302 Addison Road, Stroudsburg, PA 18360 | | | | | ***-**-2636 | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Hourly | 80:00 | 45.00 | 3,600.00 | 3,600.00 | Sick | 0:00 | | 0:00 |
| **Taxes** | | | **Current** | **YTD Amount** | Vacation | 4:00 | | 4:00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | 0.00 | 0.00 | | | | |
| Social Security Employee | | | -223.20 | -223.20 | | | | |
| Medicare Employee | | | -52.20 | -52.20 | | | | |
| PA - Withholding | | | -110.52 | -110.52 | | | | |
| PA - Unemployment | | | -2.16 | -2.16 | | | | |
| | | | -388.08 | -388.08 | | | | |
| **Net Pay** | | | 3,211.92 | 3,211.92 | | | | |