```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 20-01025-RNO
Cindy S. Nesbeth                                                          Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 2                  Date Rcvd: May 19, 2020
                              Form ID: ntcnfhrg            Total Noticed: 41
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2020.
```
db            +Cindy S. Nesbeth,    302 Addison Road,    Stroudsburg, PA 18360-7907
cr             Americredit Financial Services, Inc. Dba GM Finan,    Dba GM Financial,
                P.O Box 183853, TX  76096
5313681       +AES,   POB 61047,    Harrisburg, PA 17106-1047
5313682       +Aes/esa,    Pob 61047,    Harrisburg, PA 17106-1047
5313683       +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
5313684      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court:   Caine Weiner,    Po Box 55848,    Sherman Oaks, CA 91413)
5319848       +ECMC,   PO BOX 16408,    St Paul, MN 55116-0408
5326167       +ECMC,   PO Box 16408,    Saint Paul, MN 55116-0408
5313687       +Edsouth W/jp Morgan,    120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
5326169       +Emergency Care Services of PA, PC,    PO Box 1123,    Minneapolis, MN 55440-1123
5313688       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
5326175       +James C. Warmbrodt Esq. KML,    BNY Mellon Independence Center,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
5313690       +KML,   701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5313692       +Macys/dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
5326181       +NAVY FEDERAL CREDIT UNION,    337 Clay Avenue,    Stroudsburg, PA 18360-1288
5315711       +NEPA FEDERAL CREDIT UNION,    337 CLAY AVE.,    STROUDSBURG, PA 18360-1288
5325889       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
5313695       +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
5313694       +Paramont Capital Group,    Po Box 409,    Conshohocken, PA 19428-0409
5326186       +Progressive Insurance,    6300 Wilson Mills Rd,    Mayfield Village, OH 44143-2182
5313696       +Santander Consumer Usa,    Po Box 961211,    Fort Worth, TX 76161-0211
5313697        Sterling Crd,    716 Bethlehem Pike,    Ambler, PA 19002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5319120        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 19 2020 20:05:08
                Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
                Arlington, TX 76096
5326161        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 19 2020 20:14:02     American Info Source Lp,
                Post Office Box 248848,    Oklahoma City, OK 73124-8848
5315896        E-mail/PDF: resurgentbknotifications@resurgent.com May 19 2020 20:00:50
                Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
5313685       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 19 2020 20:00:12
                Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
5313686       +E-mail/PDF: creditonebknotifications@resurgent.com May 19 2020 20:00:14     Credit One Bank Na,
                Po Box 98872,    Las Vegas, NV 89193-8872
5313689       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 19 2020 20:05:08     Gm Financial,
                Po Box 181145,    Arlington, TX 76096-1145
5326174        E-mail/Text: sbse.cio.bnc.mail@irs.gov May 19 2020 20:05:07     Internal Revenue Service,
                1000 Liberty Avenue,    Room 727,    Pittsburgh, PA 15222-4107
5326176        E-mail/Text: JCAP_BNC_Notices@jcap.com May 19 2020 20:05:37     Jefferson Capital,
                PO BOX 7999,    Saint Cloud, MN 56302
5328452        E-mail/PDF: resurgentbknotifications@resurgent.com May 19 2020 20:00:16     LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5313691       +E-mail/Text: rmartin@lmmcollections.com May 19 2020 20:05:40     Lockhart,morris & Mont,
                1401 N Central Expy Ste,    Richardson, TX 75080-4456
5326180       +E-mail/Text: bankruptcydpt@mcmcg.com May 19 2020 20:05:31     Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
5327880       +E-mail/Text: bankruptcydpt@mcmcg.com May 19 2020 20:05:31     Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
5313693       +E-mail/Text: jbenner@nepafcu.org May 19 2020 20:05:09     Ne Pa Community Fcu,    337 Clay Ave,
                Stroudsburg, PA 18360-1288
5326183        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 19 2020 20:05:29     PA Department of Revenue,
                Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
5325248       +E-mail/Text: JCAP_BNC_Notices@jcap.com May 19 2020 20:05:37     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5313698       +E-mail/PDF: gecsedi@recoverycorp.com May 19 2020 20:00:09     Syncb/jcp,    Po Box 965007,
                Orlando, FL 32896-5007
5326191       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 19 2020 20:02:33
                Verizon,    500 Technology Drive Suite 30,    Weldon Spring, MO 63304-2225
5328095        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 19 2020 20:14:02     Verizon,
                by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
5313699       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 19 2020 20:02:33
                Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 19
```

```
District/off: 0314-5          User: AutoDocke           Page 2 of 2              Date Rcvd: May 19, 2020
                              Form ID: ntcnfhrg         Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
5326159*       +AES,    POB 61047,     Harrisburg, PA 17106-1047
5326160*       +Aes/esa,    Pob 61047,     Harrisburg, PA 17106-1047
5326162*       +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
5326163*       +Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
5326164*      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court: Caine Weiner,     Po Box 55848,    Sherman Oaks, CA 91413)
5326165*       +Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
5326166*       +Credit One Bank Na,    Po Box 98872,    Las Vegas, NV 89193-8872
5319948*       +ECMC,    PO BOX 16408,    St Paul, MN 55116-0408
5326168*       +Edsouth W/jp Morgan,    120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
5326170*       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
5326171*       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
5326172*       +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
5326173*        Internal Revenue Service,    Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
5326177*       +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5326178*       +Lockhart,morris & Mont,    1401 N Central Expy Ste,    Richardson, TX 75080-4456
5326179*       +Macys/dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
5326182*       +Ne Pa Community Fcu,    337 Clay Ave,    Stroudsburg, PA 18360-1288
5326185*       +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
5326184*       +Paramont Capital Group,    Po Box 409,    Conshohocken, PA 19428-0409
5326187*       +Santander Consumer Usa,    Po Box  961211,    Fort Worth, TX 76161-0211
5326188*        Sterling Crd,    716 Bethlehem Pike,    Ambler, PA 19002
5326189*       +Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
5326190*       +Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                             TOTALS: 0, * 23, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt   on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
              Paul W McElrath, Jr.   on behalf of Debtor 1 Cindy S. Nesbeth ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Cindy S. Nesbeth,<br>aka Cindy S Holifield, | Chapter 13 |
| **Debtor 1** | Case No. 5:20−bk−01025−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **June 24, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: July 1, 2020<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 19, 2020 |

ntcnfhrg (03/18)