```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                           Case No. 20-01025-RNO
Cindy S. Nesbeth                                                 Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
```

District/off: 0314-5        User: AutoDocke        Page 1 of 1                Date Rcvd: May 20, 2020
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2020.
           +Brooks Gibbons and Co.,   Attn: Payroll Manager,   PO Box 10356,   New Brunswick, NJ 08906-0356

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
              Paul W McElrath, Jr.    on behalf of Debtor 1 Cindy S. Nesbeth ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 5:20-bk-01025-RNO |
| **Cindy Nesbeth,** | : | |
|     Debtor | : | Chapter 13 |
| | : | |
| **Cindy Nesbeth,** | : | |
|     Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Brooks, Gibbons & Company** | : | |
| **PO Box 10356** | : | Related to Docket No.   42 |
| **New Brunswick, NJ 08906** | : | |
| **Attention: Payroll Administrator** | : | |
|     Respondent | : | |
| | : | |
| and | : | |
| | : | |
| **Charles J. DeHart, III, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
|     Additional Respondent | : | |
| | : | |
| **Social Security No. xxx-xx-2636.** | : | |

### ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

Upon representation of the above-named Debtor, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan

IT IS HEREBY ORDERED that until further order of this Court, the entity from which the Debtor receives income:

        BROOKS, GIBBONS & COMPANY
        PO BOX 10356
        NEW BRUNSWICK, NJ 08906
        ATTENTION: PAYROLL ADMINISTRATOR

Shall deduct from said income the sum of One Thousand Fifty-Two Dollars ($1,052.00) semi-monthly (each pay period), beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

CHARLES J. DEHART, III, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 7005
LANCASTER, PA  17604

IT IS FURTHER ORDERED that the above-named entity shall notify the Debtor's attorney, Paul W. McElrath Jr., Esquire, Professional Office Building, 1640 Saw Mill Run Blvd, Pittsburgh, PA  15210, (412) 765-3606, if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.

Dated:   May 20, 2020

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge  (DG)