**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Case No. 5:20-bk-01025-RNO** |
| **Cindy Nesbeth,** | : | |
| **Debtor** | : | **Chapter 13** |
| | : | |
| **Cindy Nesbeth,** | : | |
| **S.S. No. xxx-xx-2636** | : | **Related to Doc. No. 57** |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Brooks, Gibbons & Company** | : | |
| **Charles J. DeHart, III, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondents** | : | |

## CERTIFICATE OF SERVICE WAGE ATTACHMENT ORDER

I, Sharla Munroe, the undersigned Paralegal of the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Order upon the attached Matrix via United States First Class Mail.

EXECUTED ON: October 30, 2020

By:   /s/ Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
(412)765-3606

MATRIX

Charles J. DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Cindy Nesbeth
302 Addison Road
Stroudsburg, PA 18360

Brooks Gibbons and Co.
Attn: Payroll Manager
PO Box 10356
New Brunswick, NJ 08906