In re:  Case No. 20-01025-RNO

Cindy S. Nesbeth  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Oct 29, 2020      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2020:**

**Recip ID**      **Recipient Name and Address**
\+      BROOKS, GIBBONS & COMPANY, PO BOX 10356, NEW BRUNSWICK, NJ 08906, ATTENTION: PAYROLL ADMINISTRATOR 08906-0356

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2020 at the address(es) listed below:**

**Name**      **Email Address**

Charles J DeHart, III (Trustee)
     TWecf@pamd13trustee.com

James Warmbrodt
     on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

Paul W McElrath, Jr.
     on behalf of Debtor 1 Cindy S. Nesbeth ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

United States Trustee
     ustpregion03.ha.ecf@usdoj.gov

William E. Craig
     on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: : Case No. 5:20-bk-01025-RNO
**Cindy Nesbeth,**
   Debtor : Chapter 13

**Cindy Nesbeth,**
   Movant

vs.

**Brooks, Gibbons & Company**
**PO Box 10356** : Related to Docket No. 57
**New Brunswick, NJ 08906**
**Attention: Payroll Administrator**
   Respondent

and

**Charles J. DeHart, III, Esquire,**
**Chapter 13 Trustee,**
   Additional Respondent

**Social Security No. xxx-xx-2636.**

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

Upon representation of the above-named Debtor, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan

IT IS HEREBY ORDERED that until further order of this Court, the entity from which the Debtor receives income:

   BROOKS, GIBBONS & COMPANY
   PO BOX 10356
   NEW BRUNSWICK, NJ 08906
   ATTENTION: PAYROLL ADMINISTRATOR

Shall deduct from said income the sum of One Thousand Three Hundred Ninety Five Dollars ($1,395.00) semi-monthly (each pay period), beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

CHARLES J. DEHART, III, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 7005
LANCASTER, PA 17604

IT IS FURTHER ORDERED that the above-named entity shall notify the Debtor's attorney, Paul W. McElrath Jr., Esquire, Professional Office Building, 1640 Saw Mill Run Blvd, Pittsburgh, PA 15210, (412) 765-3606, if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

Dated: October 29, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge (DG)