UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CINDY S. NESBETH
AKA: CINDY S HOLIFIELD

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

vs.

CINDY S. NESBETH
AKA: CINDY S HOLIFIELD

        Respondent(s)

CHAPTER 13

CASE NO: 5-20-01025-MJC

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on August 4, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated: August 4, 2021

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: amchale@pamd13trustee.com

| | | |
|---|---|---|
| IN RE: | CINDY S. NESBETH<br>AKA: CINDY S HOLIFIELD<br><br>Debtor(s) | CHAPTER 13 |
| | JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 5-20-01025-MJC |

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> September 1, 2021 at 09:30 AM
> U.S. Bankruptcy Court
> Max Rosenn U.S. Courthouse
> 197 S. Main Street
> Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 5578.00**
**AMOUNT DUE FOR THIS MONTH: $2789.00**
**TOTAL AMOUNT DUE BEFORE HEARING DATE: $8367.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
        **JACK N. ZAHAROPOULOS, PO BOX 6008, MEMPHIS, TN 38101-6008**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: August 4, 2021

eMail: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  CINDY S. NESBETH
        AKA: CINDY S HOLIFIELD

                          CHAPTER 13

        Debtor(s)

JACK N. ZAHAROPOULOS         CASE NO: 5-20-01025-MJC
CHAPTER 13 TRUSTEE
        Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 4, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

                                  Served Electronically

PAUL W McELRATH, JR, ESQUIRE         UNITED STATES TRUSTEE
McELRATH LEGAL HOLDINGS, LLC         SUITE 1190
1641 SAW MILL RUN BLVD         228 WALNUT STREET
PITTSBURGH, PA 15210-         HARRISBURG, PA 17101

                                  Served by First Class Mail

CINDY S. NESBETH
302 ADDISON ROAD
STROUDSBURG, PA 18360

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 4, 2021         Bobbie Weigel
        for Jack N. Zaharopoulos, Trustee
        Suite A, 8125 Adams Dr.
        Hummelstown, PA 17036
        Phone: (717) 566-6097
        eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CINDY S. NESBETH
AKA: CINDY S HOLIFIELD

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-20-01025-MJC

vs.

CINDY S. NESBETH
AKA: CINDY S HOLIFIELD

MOTION TO DISMISS

## ORDER DISMSSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.