In re:                          Case No. 20-01025-MJC

Cindy S. Nesbeth                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: AutoDocke            Page 1 of 3

Date Rcvd: Sep 02, 2021        Form ID: ordsmiss         Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cindy S. Nesbeth, 302 Addison Road, Stroudsburg, PA 18360-7907 |
| cr | | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, TX 76096 |
| 5313681 | + | AES, POB 61047, Harrisburg, PA 17106-1047 |
| 5313682 | + | Aes/esa, Pob 61047, Harrisburg, PA 17106-1047 |
| 5313683 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 5313684 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 5313687 | + | Edsouth W/jp Morgan, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5326169 | + | Emergency Care Services of PA, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5326175 | + | James C. Warmbrodt Esq. KML, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5313690 | + | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5326181 | + | NAVY FEDERAL CREDIT UNION, 337 Clay Avenue, Stroudsburg, PA 18360-1288 |
| 5315711 | + | NEPA FEDERAL CREDIT UNION, 337 CLAY AVE., STROUDSBURG, PA 18360-1288 |
| 5326186 | + | Progressive Insurance, 6300 Wilson Mills Rd, Mayfield Village, OH 44143-2182 |
| 5313696 | + | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 5313697 | | Sterling Crd, 716 Bethlehem Pike, Ambler, PA 19002 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5319120 | | EDI: PHINAMERI.COM | Sep 02 2021 22:53:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5326161 | | EDI: AIS.COM | Sep 02 2021 22:53:00 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 5363795 | + | EDI: PHINAMERI.COM | Sep 02 2021 22:53:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 5315896 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2021 18:49:55 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5313685 | + | EDI: CAPITALONE.COM | Sep 02 2021 22:53:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 5313686 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 02 2021 18:50:01 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5313692 | + | EDI: CITICORP.COM | Sep 02 2021 22:53:00 | Macys/dsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 5319848 | + | EDI: ECMC.COM | Sep 02 2021 22:53:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 5326167 | + | EDI: ECMC.COM | Sep 02 2021 22:53:00 | ECMC, PO Box 16408, Saint Paul, MN |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 55116-0408 |
| 5313688 | + | EDI: AMINFOFP.COM | Sep 02 2021 22:53:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5313689 | + | EDI: PHINAMERI.COM | Sep 02 2021 22:53:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 5326174 | + | EDI: IRS.COM | Sep 02 2021 22:53:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 5326176 | | EDI: JEFFERSONCAP.COM | Sep 02 2021 22:53:00 | Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 5328452 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2021 18:49:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5313691 | + | Email/Text: bankruptcy@lmmcollections.com | Sep 02 2021 18:49:00 | Lockhart,morris & Mont, 1401 N Central Expy Ste, Richardson, TX 75080-4456 |
| 5326180 | + | EDI: MID8.COM | Sep 02 2021 22:53:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 5327880 | + | EDI: MID8.COM | Sep 02 2021 22:53:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5313693 | + | Email/Text: jbenner@nepafcu.org | Sep 02 2021 18:49:00 | Ne Pa Community Fcu, 337 Clay Ave, Stroudsburg, PA 18360-1288 |
| 5326183 | | EDI: PENNDEPTREV | Sep 02 2021 22:53:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 5326183 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2021 18:49:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 5325889 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 02 2021 18:49:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5313695 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 02 2021 18:49:00 | PNC Mortgage, PO Box 8703, Dayton, OH 45401 |
| 5325248 | + | EDI: JEFFERSONCAP.COM | Sep 02 2021 22:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5313698 | + | EDI: RMSC.COM | Sep 02 2021 22:53:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 5313699 | + | EDI: VERIZONCOMB.COM | Sep 02 2021 22:53:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 5326191 | + | EDI: VERIZONCOMB.COM | Sep 02 2021 22:53:00 | Verizon, 500 Technology Drive Suite 30, Weldon Spring, MO 63304-2225 |
| 5328095 | | EDI: AIS.COM | Sep 02 2021 22:53:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 5326159 | *+ | AES, POB 61047, Harrisburg, PA 17106-1047 |
| 5326160 | *+ | Aes/esa, Pob 61047, Harrisburg, PA 17106-1047 |
| 5326162 | *+ | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 5326163 | *+ | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5326164 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 5326165 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 5326166 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |

| | | |
|---|---|---|
| 5326179 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macys/dsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 5319948 | *+ | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 5326168 | *+ | Edsouth W/jp Morgan, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5326170 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5326171 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 5326173 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 5326172 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 5326177 | *+ | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5326178 | *+ | Lockhart,morris & Mont, 1401 N Central Expy Ste, Richardson, TX 75080-4456 |
| 5326182 | *+ | Ne Pa Community Fcu, 337 Clay Ave, Stroudsburg, PA 18360-1288 |
| 5326185 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Mortgage, PO Box 8703, Dayton, OH 45401 |
| 5326184 | *+ | Paramont Capital Group, Po Box 409, Conshohocken, PA 19428-0409 |
| 5326187 | *+ | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 5326188 | * | Sterling Crd, 716 Bethlehem Pike, Ambler, PA 19002 |
| 5326189 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 5326190 | *+ | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 5313694 | ##+ | Paramont Capital Group, Po Box 409, Conshohocken, PA 19428-0409 |

TOTAL: 0 Undeliverable, 24 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 04, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Cindy S. Nesbeth ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Cindy S. Nesbeth,<br>aka Cindy S Holifield, | Chapter     13 |
| **Debtor 1** | Case No.     5:20−bk−01025−MJC |

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: September 2, 2021         By the Court,

Honorable Mark J. Conway
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

ordsmiss (05/18)